**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JANVIERE CARLIN** *et al.*, | : | Case: 1:22−cv−00800 |
| | : | Assigned To : Cooper, Christopher R. |
| Plaintiffs, | : | Assign. Date : 3/15/2022 |
| | : | Description: Pro Se Gen. Civil (F-DECK) |
| v. | : | Case No. 22-cv-_____ |
| | : | |
| **CENTERS FOR DISEASE** | : | |
| **CONTROL & PREVENTION** *et al.*, | : | |
| | : | |
| Defendants. | : | |

### <u>NOTICE OF LEAD PLAINTIFF APPOINTMENT</u>

COME NOW plaintiffs, *pro se*, and ask the Court and all defendants to please TAKE NOTICE that we appoint Janviere Carlin as the lead plaintiff.

We understand Ms. Carlin is not an attorney and therefore may not represent us. Proceeding *pro se*, we are responsible for representing ourselves. However, for efficiency and judicial economy, we plan to work collectively as a group and file our papers together. (But as we are all representing ourselves, we reserve the right to make separate filings should our individual interests ever diverge from that of the group.)

To avoid the need to file all of our joint papers 10 times in duplicate, for all filings made by the group, we authorize Ms. Carlin to submit documents on our behalf to the Court using the Case Management/Electronic Case Filing system once we have approved them, if our Motion for Leave to File Electronically is granted.

For all consultations with the defendants' counsel, we authorize Ms. Carlin to communicate with the lawyers, then submit any conferrals regarding motions, etc. to the plaintiffs' group for a vote. Ms. Carlin will then relay our determination to the lawyers.

Respectfully submitted this 15th day of March 2022.

*Janviere Carlin*

Janviere Carlin, lead plaintiff
93 Londonderry Way
Uxbridge, MA 01569
Telephone: 757-274-3406
E-Mail: jshellie@charter.net

*Jeffery Chandler*

Jeffery Chandler, plaintiff
8263 Minton Ct.
Millersville, MD 21108
Telephone: 443-370-7428
E-Mail: chan_man7@yahoo.com

*Beth Ellis*

Beth Ellis, plaintiff
128 Milk St.
Blackstone, MA 01504
Telephone: 860-912-1284
E-Mail: bricher1@gmail.com

*Cristina Field*

Cristina Field, plaintiff
1155 Dewees St.
Sumter, SC 29150
Telephone: 334-669-9452
E-Mail: flying.cristina@gmail.com

*Gregory Ramola*

Gregory Ramola, plaintiff
5828 Stafford Springs Trail
Orlando, FL 32829
Telephone: 407-694-2767
E-Mail: noniogtitog@aol.com

*Kurt Schuster*

Kurt Schuster, plaintiff
83 White Tail Run
Hopkinton, NH 03229
Telephone: 517-404-8581
E-Mail: schu_fly@comcast.net

*Hal Sims*

Hal Christopher Sims, plaintiff
604 Green Meadow St. N.
Colleyville, TX 76034
Telephone: 817-875-4259
E-Mail:  hcsims@yahoo.com

*Nathan Town*

Nathan Alexander Town, plaintiff
6119 Whimbrelwood Dr.
Lithia, FL 33547
Telephone: 253-389-3217
E-Mail: townn85@gmail.com

*Jean-Michael Trousse*

Jean-Michael Trousse, plaintiff
1913 NE 21st St.
Fort Lauderdale, FL 33305
Telephone: 678-778-3777
E-Mail: jmtrousse@gmail.com

*Collier Yarish*

Collier Yarish, plaintiff
2185 3rd Pl. SW
Vero Beach, FL 32962
Telephone: 772-480-8348
E-Mail: cryarish@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, I e-mailed this notice to the U.S. Department of Justice attorneys who are defending CDC and HHS in other lawsuits over the FTMM:

Andrew Freidah
Andrew.F.Freidah@usdoj.gov

Michael Gerardi
Michael.J.Gerardi@usdoj.gov

Stephen Pezzi
Stephen.Pezzi@usdoj.gov

Marcia Kay Sowles
Marcia.Sowles@usdoj.gov

*Janviere Carlin*

Janviere Carlin, lead plaintiff