# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANVIERE CARLIN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL<br>AND PREVENTION, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 22-cv-800-CRC |

## NOTICE OF APPEARANCE

　　Please take notice that Andrew F. Freidah of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel for the Defendants. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated: May 18, 2022　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Andrew F. Freidah*
　　　　　　　　　　　　　　　　　　　　　　ANDREW F. FREIDAH
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: 202-305-0879
　　　　　　　　　　　　　　　　　　　　　　E-mail: andrew.f.freidah@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*